UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,
v.                                 ORDER
                                       Criminal No. 08-295 (MJD/JSM)

Keenan Harris (3) and,
Delores Howard (5),

    Defendants.
_____

       The above-entitled matter comes before the Court upon Defendant Delores Howard's objection to the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated February 5, 2009. Specifically, Defendant Howard objects to the Magistrate Judge's finding that the stop of her vehicle was lawful.

       Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review the Court will adopt the Report and Recommendation dated February 5, 2009, as the evidence established that law enforcement had reasonable suspicion to stop the car that Defendant Howard was driving on the day of her arrest.

IT IS HEREBY ORDERED that:

1. Defendant Keenan Harris' oral motion to suppress a traffic stop and citation from June 28, 2008 is DENIED;

2. Defendant Delores Howard's Motion to Suppress Evidence Obtained as a Result of Search and Seizure of Defendant's Residence and Vehicle [Doc. No. 56] is DENIED;

3. Defendant Delores Howard's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 57] is DENIED; and

4. Defendant Delores Howard's Motion to Suppress Statements, Admissions and Answers [Doc. No. 58] is DENIED.

Date: April 18, 2009

                                        s/ Michael J. Davis
                                        Michael J. Davis
                                        Chief Judge
                                        United States District Court